1118

Cumensindo CASANOVA v. STATE.
No. 17776.

Court of Criminal Appeals of Texas.
Nov. 20, 1935.

C. C. Bryant, of Harlingen, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for three years.

The record is before this court without statement of facts and bills of exception. The indictment appears regular and regularly presented.

Finding nothing in the record warranting a reversal or requiring discussion, the judgment is affirmed.

Hydra LOVING v. STATE.
No. 17748.

Court of Criminal Appeals of Texas.
Nov. 13, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented. The facts heard upon the trial are not before this court. No matter has been pointed out or perceived which would authorize this court to set aside the judgment of conviction entered in the trial court. An affirmance is therefore ordered.

Harry McADAMS v. STATE.
No. 18159.

Court of Criminal Appeals of Texas.
Nov. 27, 1935.

L. D. Johnston, of Waxahachie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for burglary; penalty assessed at confinement in the penitentiary for ten years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

J. W. TICER and Leon Ticer v. STATE.
No. 17787.

Court of Criminal Appeals of Texas.
Nov. 27, 1935.

Vincent Tudor, of Plainview, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for five years.

The indictment appears regular. The record is before us without statement of facts and bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.